

# United States District Court

Western District of Pennsylvania
U.S. Courthouse
700 Grant Street, Suite 7280
Pittsburgh, Pennsylvania 15219

Arthur J. Schwab
U.S. District Judge



July 22, 2008

The Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
  Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Dear Judge Smith:

2008 JUL 28 · A 11: 03
FINANCIAL DISCLOSURE OFFICE
RECEIVED

   Thank you for your work and the work of your Committee.

   In response to your "second" item in your letter, dated July 2, 2008, while the 2006 report lists 21 items under "Rollover IRA No. 1," there are only 14 different mutual funds or bonds listed - - the other 7 items are additional transactions relating to some of the 14 different mutual funds or bonds. The same 14 different mutual funds or bonds are listed on the 2007 report, plus the purchase of another bond (item 16). So there were no different stocks/bonds in the 2006 report compared to the 2007 except for the addition of item 16 in the 2007 report. The multiple transaction for the same mutual fund(s) merged into a single fund(s), after the transactions (either buy or partial sale) occurs (see items 16 through 22 on the 2006 report). I would be pleased to provide any additional explanation upon request.

Very truly yours,

Arthur J. Schwab
United States District Judge

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Schwab, Arthur J | 2. Court or Organization  Western District of Pennsylvan | 3. Date of Report  05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  U.S. Courthouse 700 Grant Street, Suite 7280 Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Part-time Professor (evening course) | Grove City College |
| 2. Secretary and member of the Board of Trustees (non-compensated) | Grove City College |
| 3. Faculty member (non-compensated) | University of Virginia School of Law - Trial Advocacy Program |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/11/91 | Single life annuity through a life insurance company through prior employer, Reed Smith LLP, beginning monthly on 01/01/2012. |
| 2. 2007 | Grove City College - Part-time Professor - evening course- intellectual property law (compensation is within the applicable judicial guidelines) |
| 3. | |

RECEIVED 2008 MAY 19 P 1: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Grove City College - teaching | $ 12,500 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 10/16/07 | The Hartford Life Insurance Company - - Death Benefit Payment re: Individual Annuity (not life insurance) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia, School of Law | 01/04/07 to 01/08/07 | Charlottesville, Virginia | Faculty | mileage (26th Annual National Trial Advocacy College) |
| 2. | FREE | 07/22/07 to 07/26/07 | Bozeman, Montana | Seminar | Nothing paid or reimbursed by FREE. I paid for my own travel and lodging and reimbursed FREE for my ███ ███ meals. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ROLLOVER IRA NO. 1: | E | Dividend | P1 | T | | | | | |
| 2.  -SPDR Trust Unit Ser 1 (S&P 500 Index Fund) | | | | | | | | | |
| 3.  -Blackrock Funds Core Bond Total Return Fund | | | | | Buy | 06/04 | K | | |
| 4.  -Fidelity Gov't Money Market | | | | | | | | | |
| 5.  -Riverfront Capital Fund (A) See VIII | | | | | | | | | |
| 6.  -Baron Small Cap Fund | | | | | | | | | |
| 7.  -Artisan Small Cap Value | | | | | Sale | 12/05 | J | | |
| 8.  -Calamos Growth Fund | | | | | | | | | |
| 9.  -T Rowe Price Mid Cap Value | | | | | | | | | |
| 10.  -Harbor International Fund | | | | | | | | | |
| 11.  -Dodge & Cox Int'l Fund | | | | | | | | | |
| 12.  -Artisan International Fund | | | | | | | | | |
| 13.  -Union Pacific Corporation | | | | | Sale | 10/15 | K | | |
| 14.  -IShares Emerging Mkts | | | | | | | | | |
| 15.  -IShares US Treasury | | | | | | | | | |
| 16.  -Airtouch Communications Inc. | | | | | Buy | 10/19 | K | | |
| 17.  IRA NO. 2 ███████ (closed 10/03/08) | A | Dividend | | | Sale | 10/03 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -Fidelity Spartan 500 Index | | | | | Sale | 09/24 | K | B | |
| 19.   -Dodge & Cox Int'l Stk Fund | | | | | Sale | 09/20 | J | B | |
| 20.   -Fidelity Money Mkt | | | | | Sale | 10/03 | J | A | |
| 21.   -IShares Mid Cap Index | | | | | Sale | 09/24 | J | A | |
| 22.   -IShares Russell Index | | | | | Sale | 09/24 | J | A | |
| 23.   -SPDR Trust Unit | | | | | Sale | 09/24 | J | B | |
| 24.   RIVERFRONT CAPITAL FUND (B) See VIII | E | Distribution | K | U | | | | | |
| 25.   INVESTMENT ACCOUNT  N0. 1 | A | Dividend | J | T | | | | | |
| 26.   -Vanguard Tax-Exempt Money Market | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001  $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schwab, Arthur J | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART 2:  Parties and Terms re: Grove City College, cntd . . . (started part-time teaching on 01/21/02).

PART 7:  Investments and Trusts, cntd . . . (Limited Partnership with investment in CENTRIA).  I have no management responsibilities therein -- solely passive investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544